

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2013

No. 04-12-00714-CR

Tommy **HARDEMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 390th District Court, Travis County, Texas
Trial Court No. D-1-DC-12-201869
Julie H. Kocurek, Judge Presiding

# O R D E R

A supplemental clerk's record containing the trial court's judgment nunc pro tunc has been filed. We reinstate this appeal on the docket of the court.

We further **grant** appellant, Tommy Hardeman's motion for an extension of time to file a pro se brief in response to the *Anders* brief filed by court-appointed counsel. We **order** appellant's pro se brief due **June 3, 2013**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2013.

_____
Keith E. Hottle
Clerk of Court